UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:24-CR-00214-MEMF-001 | Date: 04/11/2024 |
| Present: The Honorable: Patricia Donahue, U.S. Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Isabel Verduzco | 04/11/2024 | Joseph Guzman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s)   ✔ Present   In Custody | Attorneys for Defendants:   ✔ Present   DFPD |
|---|---|
| Yuri Khatchikyan | Shannon M. Coit |

**Proceedings:** Arraignment of Defendant and/or   ✔ Assignment of Case   Appointment of Counsel   Initial Appearance

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Maame Ewusi-Mensah Frimpong.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 06/03/2024 8:30 AM;
 Status Conference: 04/25/2024 2:00 PM
* Government counsel provides trial estimate of 5-7 days.
* Judge Frimpong is located in 8B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA        PSAED         PSASA
  ✔ USMLA         USMED         USMSA
    Statistics Clerk              Interpreter
    CJA Supervising Attorney      Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 05
Initials of Deputy Clerk: IV by TRB