FILED
2024 APR 11 AM 9: 36

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>2:24-cr-00214-MEMF -1 |
| YURI KHATCHIKYAN, aka "GHOST"<br>USMS# _____ DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 04/11/2024    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:    ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):    ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   Title 18, U.S.C. Code Sections 1349, 1343, and 1957

5. Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6. Interpreter Required:    ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1985

8. Defendant has retained counsel:    ☐ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Mark P. Strickland    (please print)

12. Office Phone Number: 310-775-7743

13. Agency: FBI

14. Signature: [signature]

15. Date: 04/11/2024

CR-64 (05/18)    REPORT COMMENCING CRIMINAL ACTION