NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Pat Harris
Law Offices of Pat Harris
3940 Laurel Canyon Blvd., #955
Studio City, Ca. 91604
(213)-810-9063

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Yuri Khatchikyan

DEFENDANT.

CASE NUMBER

2:24-cr-00214-MEMF

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING**

Application is made by ☐ plaintiff ☑ defendant Yuri Khatchikyan
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Patricia Donahue by order dated: April 11, 2024

☑ denying release and imposing detention under subsection ☑ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

At the time of the original hearing, the defendant was represented by the public defender who was not familiar with Mr. Khatchikyan's criminal history or his employment history, both of which indicate that he would not be a flight risk or a danger to the community. The defense has gathered documents, transcripts and letters of recommendation that were not readily available at that time and go directly to the issue of flight risk and danger to the community.

Relief sought *(be specific)*:

The defendant would like to be released on some combination of bond conditions that would allow him to continue running his successful trucking business and would also remove him from protective custody in the San Bernadino jail where he is being kept because of threats on his life for being a DEA informant. He wishes to be released to his house where he has built a secure home with walls, video cameras and security guards.

Counsel for the defendant and plaintiff United States Government consulted on May 3, 2024
and opposing counsel declines to stipulate to an order providing the relief sought.

☐ Telephonic notice given to ☐ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on _____ .

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

May 10, 2024                                Pat Harris
Date                                        Moving Party

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)