YURIY KHATCHIKYAN  
A044428762  
April 14, 1985

Printed: August 10, 2022 12:58:41 PM

**Next Reporting Date:**   August 10, 2023 between 10:00 AM and 11:00 AM

Participant reported on N/A. Identity verified through CART. System check show no new/derogatory information. No wants, no warrants.

For information on an Immigration court case, please go to: https://acis.eoir.justice.gov or call 800-898-7180.

Please keep this receipt with your records. Store receipt away from sunlight.

  

I-220R

| Alien's Name | File Number | Date |
|---|---|---|
| KHATCHIKYAN, Yuriy | A 044 428 762 | 02/01/2018 |

*Alien's Signature*

**Alien's Address**
518 Oak St. Apt. 4
Glendale, CA 91204

(881) 858-6367
**Alien's Telephone Number (if any)**

**RIGHT INDEX PRINT**

## PERSONAL REPORT RECORD

| DATE | OFFICER | COMMENT/CHANGES |
|---|---|---|

Subject was ordered to report to the Los Angeles, CA ICE ERO office on Monday, March 12, 2018, at 0900 hours.
Subject will be residing at 518 Oak St. Apt. 4 Glendale, CA 91204.
Phone number: (881) 858-6367.

| DATE | OFFICER | COMMENT/CHANGES |
|---|---|---|
| 3-12-18 | P.6/ Reported | Next Report Date on 5-14-18 |
| 5-14-18 | P.6/ Reported | Next Report Date on 10-31-18 |
| 10-31-18 | P.6/ Reported | Next Report Date on 4-11-19 |
| 4-12-19 | Reported / P6 | Next Report Date on 10-10-19 |
| 10-10-19 | Reported / P6 | Next Report Date 4-9-20 |
| 8-14-20 | Guardondo | 8-14-2020 |
| 3/14/2021 | #7417 | Next Rep 8/10/22 @ 10am   JAN 25 2021 |

Signature: Marco A. Follert
Title: Deportation Officer

**U.S. Department of Homeland Security**
**U.S. Immigration and Customs Enforcement**

Order of Supe