Giovanni R Pineda
7 Ottowa Rd N, Morganville, NJ 07751
(908) 343-6677
Gpineda0220@gmail.com

Re: Character Reference for Yuriy Khatchikyan

Honorable Judge,

My name is Giovanni Pineda, I am a veteran Police Officer of 15 years and counting and a Disabled Veteran who has served 2 combat tours in Iraq. I am writing to provide a character reference for Yuriy Khatchikyan who I met through my interest in starting a business. I am aware of the charges brought against him and the court proceedings to follow. I believe it is important to share my perspective on his character and conduct.

I have had the privilege of witnessing Yuriy demonstrate unwavering integrity, compassion, and responsibility throughout our acquaintance. Since I've known Yuriy, he has been a person of high moral character, displaying honesty and truthfulness in all his interactions. Yuriy has consistently shown respect for others, treating individuals from all walks of life with dignity and kindness.

Furthermore, I have observed and witnessed Yuriy fulfill his responsibilities with diligence and dedication. Whether it was in a professional capacity or personal commitments. Yuriy has consistently displayed a strong work ethic and a commitment to excellence. I know him to go above and beyond expectations, exhibiting reliability and dependability in his pursuits. Based on my knowledge of Yuriy, I firmly believe that the actions alleged in the charges against him are uncharacteristic of his true nature.

I genuinely believe that Yuriy is a person of integrity. He has been dedicated to bettering the lives of his family and himself. In doing so, he has mentored many people in opening successful businesses. Yuriy has not only changed his life around, but also plays a significant

role in helping others change their lives, who without Yuriy's mentorship and guidance may have fallen into a life of crime and regret.

I kindly request the court's consideration of Yuriy Khatchikyan's overall character, previous and continued contributions to society. I am confident that with appropriate guidance and support, he will continue to positively contribute to the community.

Thank you for taking the time to review this character reference letter. Should you require any additional information or further clarification, please do not hesitate to contact me at the provided contact details.

Respectfully,

Giovanni R Pineda

Dear Honorable Judge,

I am writing to you on behalf of Yuri Khachikyan, a dear friend of mine who is currently facing legal challenges. I have known Yuri for over a decade, and during this time, I have come to know him as an exceptional family man, a loyal friend, and an honest and integral figure in his industry and businesses.

Yuri is a devoted father who deeply cares for his children and their well-being. His children depend heavily on him for everyday necessities, and his absence during this difficult time could have a significant impact on their lives. Offering Yuri the chance to post bail during his trial would not only provide him with the opportunity to continue supporting his family but also ensure that his children's needs are met.

I have witnessed firsthand the growth and change in Yuri over the years. He has learned from his past mistakes and has worked tirelessly to become a better man. The Yuri Khachikyan of today is vastly different from the person he once was, and I believe that he deserves a second chance.

I respectfully ask that you consider these factors when making your decision in Yuri's case. I believe that granting him the opportunity to post bail would be in the best interest of his children and would allow him to continue contributing positively to society.

Thank you for taking the time to read this letter. I trust that you will make a fair and just decision in Yuri's case.

Sincerely,

Vahan Partizpanyan

310.347.0110

thankyousomuchp@gmail.com

Vardan Sandaldzhyan

3622 Solandra St Las Vegas Nv 89147

702-807-2441

To whom it may concern,

My name is Vardan Sandaldzhyan, Yuri and I have been close friends for over 14 years now and I could say he is more then a friend to me, he is like a older brother who always taught me to never make the mistakes he has made in his past. Growing up I knew he had some troubles and he always had anger problems and he ended up in jail for all his mistakes. When he got out over 4-5 years ago he dedicated his life to his family, to god and he started helping people who were in need and wanted to start a trucking business because Yuri was a excellent freight broker before he actually bought a truck of his own and became a successful man and took care of his family and I saw that There was extreme change in him and was proud how someone that people thought wouldn't change had flipped his life around and became a real family man. Everyone makes mistakes and all we have to do is learn from them and I know Yuri has learned that life is about working hard and taking care of your family and loved ones.

He is a great business man and a amazing artist and producer but most important he is a excellent father to his kids and a amazing husband to his wife and when I would see him with his family the smile on his face showed it all that he changed his life around and is able to be with his family and provide for them and push his sons to do good in school and to get into sports and never to live the life he used to have. If you have any questions please fill free to call me anytime.

Sincerely,

Vardan Sandaldzhyan

# Alexander Tashchyan

05/08/2024

Dear To Whom It May Concern,
I am writing on behalf of my dear friend/Co-worker, Yuri Khachikyan, who is currently facing legal challenges. The reason I find myself composing this letter is because, in all the time I've known Yuri, I have witnessed his selfless traits and unwavering loyalty to his family and loved ones. These qualities deserve recognition.

Yuri is not only a great father to his children but also a crucial presence in their lives. At their current age, as they transition into young adulthood, having a father to guide them in the right direction is essential. Yuri has played a mentor role in my life as well. Starting as a co-worker, he eventually became an older brother and mentor during a difficult period when I was struggling with being overweight and unhappy. Yuri sacrificed his time to ensure I went to the gym every day, cooking meals alongside me, all with the sole purpose of bringing a smile to my face. His actions reveal his true character as a compassionate human being. He changed my life, asking for nothing in return except that smile.

I implore you to consider these points when making a decision regarding Yuri's case. Granting him the opportunity to return home to his family would allow him to continue being the exceptional father he is to his children. Thank you for taking the time to read my letter, and I hope the world's positivity shines upon this case.
sincerely, Alexander Tashchyan

*Alexander Tashchyan*

📞 818-331-1535

To Whom It May Concern,

My name is Fanto and I am Yuriy's brother. It pains me to see him going thru being locked up and away from his family, friends, & so many artistic projects that he has inspired. I am a veteran stand up comedian and film maker based out of Los Angeles and I cannot tell you how difficult it is to gain any national recognition as a media personality/artist; let alone coming straight from years of incarceration.

That is what Yuriy accomplished in the short time he was out. Helping people learn the business of trucking in most of the states as well as succeeding in showbusiness and the arts… He was a consultant and advisor as well as writer on several podcast, short movies, as well as commercially successful projects.

Aside from being his brother, I am one of his biggest fans as an artist and someone trying to become better as a person and not letting our past define us. I am positive any issues will be resolved and pray God & Jesus Christ the court sees that means so much to his family as well as community and many younger kids who look up to him as well as adults who are trying to change their lives around. He is capable of being the face of turning past trauma into success thru tangible steps in life that will help countless lost individuals find normalization of society as well as following their dreams/m- whatever that may be.

He has a lot to lose as you will be able to see with many testimonials from successful people who have been helped by him. But most importantly he has more to gain and much more to help people that look for his guidance as they need real voices in this day and age where so many people are mislead by society at large. There is so much goodness he can provide while being out in the world as opposed to being lockdown  where so many positive relations may get tarnished and demoralized from not being able to continuing to mentor those that await his return.

Feel free to reach out to me and many other ls that will vie for his release and praise those who see the reality of the situation needs for Yuriy to be out of prison and continue to be of help to many people including myself…

Fanto Aslanyan

818-220-8475