# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | CR 24-214-MEMF-1 |
| Yuri Khatchikyan DEFENDANT. | ABSTRACT OF COURT PROCEEDING |

**TO:** UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:

You are hereby notified that the Honorable **Patricia Donahue**,
☐ United States District Judge  ☒ United States Magistrate Judge, has this date ☒ ordered  ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ ____ social ☐ ____ legal telephone call(s) at prisoner's own expense;
  ☐ forthwith    ☐ as soon as possible    ☐ as requested, at suitable times

☐ Allowed social visits    ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for **injury from an accident**
A report regarding this examination/treatment is to be submitted to the court on or before **5/22/24**.

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Other _____

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

Dated: **5/17/24**        CLERK U.S. DISTRICT COURT
                          By: [signature]
                              Deputy Clerk

## RETURN TO CLERK'S OFFICE

☐ Western Division-Los Angeles    ☐ Southern Division-Santa Ana    ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

| Name (Print) | Title | Signature |
|---|---|---|

*cc:* ☒ *MDC,* ☒ *Cell block*

CR-53 (10/22)                ABSTRACT OF COURT PROCEEDING