JOSHUA J. LEE (Cal. Bar No. 318332)
Assistant United States Attorney
312 North Spring Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 894-3183

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>YURI KHATCHIKYAN ET AL.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24-cr-00214-MEMF<br><br>NOTICE OF MANUAL FILING<br>OR LODGING |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [X] Filed   [ ] Lodged:  **(List Documents)**

Ex Parte to Seal, Proposed Order, Pleading & Attachments

**Reason:**

[✓]  Under Seal
[ ]  In Camera
[ ]  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ]  Per Court order dated: _____
[ ]  Other:

May 22, 2024
Date

Joshua J. Lee
Attorney Name

United States of America
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                     **NOTICE OF MANUAL FILING OR LODGING**