RONALD D. HEDDING (SBN 171310)

HEDDING LAW FIRM

16000 VENTURA BLVD., PH 1208

ENCINO, CA 91436

T: (818) 986-2092

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:24-CR-00214-MEMF |
| v. | |
| YURI KHATCHIKYAN | ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

__YURI KHATCHIKYAN__        ☐ Plaintiff     X Defendant     ☐ Other _____
   *Name of Party*

to substitute      **RONALD D. HEDDING**                                    who is

  X Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

_____16000 VENTURA BLVD., PH 1208_____
*Street Address*

_____ENCINO, CA 91436_____                    _____heavyhitteresq@yahoo.com_____
*City, State, Zip*                                 *E-Mail Address*

(818) 986-2092                                          171310
*Telephone Number*      *Fax Number*                    *State Bar Number*

as attorney of record instead of        **PAT HARRIS**
*List **all** attorneys from same firm or agency who are withdrawing*

is hereby      ☒ GRANTED          ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   June 21, 2024                              _____/s/_____
                                                   U. S. District Judge/~~U.S. Magistrate Judge~~