UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>YURI KHATCHIKYAN,<br>aka "Ghost," and<br>YELENA KARAPETYAN<br><br>　　　　　　Defendants. | Case No.: 2:24-cr-00214-MEMF<br><br>**ORDER GRANTING STIPULATION REGULARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [ECF NO. 52]** |

　　The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the Government and Defendant Yelena Karapetyan in this matter on December 10, 2024. ECF No. 52. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

/ / /

/ / /

1

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from January 13, 2025 to June 2, 2025, at 8:30 a.m. The Final Pretrial Conference in this matter is continued to May 23, 2025, at 10:00 a.m.
2. The time period of January 13, 2025 to June 2, 2025, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).
3. Defendants shall appear in Courtroom 8B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on June 2, 2025, at 8:30 a.m., for trial, and May 23, 2025, at 10:00 a.m., for the Final Pretrial Conference.
4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.
5. Per the Court's Criminal Standing Order, the government shall file and email to Chambers the following pretrial documents no later than May 15, 2025:
    a. Trial memorandum;
    b. Witness list;
    c. Exhibit list;
    d. Case-specific glossary for the Court Reporter;
    e. Joint jury instructions in the form described below;
    f. Joint proposed verdict form; and

    g. Proposed voir dire questions, if any.

IT IS SO ORDERED.

Dated: December 13, 2024

                                      MAAME EWUSI-MENSAH FRIMPONG
                                      United States District Judge