**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>YURI KHATCHIKYAN,<br><br>Defendant | Case No.: 2:24-cr-00214-MEMF-1<br><br>Judge: Hon. Maame Ewusi-Mensah Frimpong<br><br>**ORDER GRANTING COUNSEL ACCESS TO SEALED DOCUMENTS** |

**ORDER**

The Court is in receipt of counsel's Ex Parte Application for an Order Authorizing Transcription and Delivery of the Sealed Sentencing Hearing Occurring on April 18, 2025, and for the Copying and Delivery of Sealed Documents to Appellate Counsel. Dkt. No. 81. Good cause appearing, IT IS HEREBY ORDERED that appellate counsel Gretchen Fusilier, or her designee, is authorized to copy and provide to her, for the limited use of prosecuting the appeal currently pending in the

United States Court of Appeals for the Ninth Circuit, 25-2967, the sealed PACER documents with the filing dates, docket entry control numbers, and document descriptions as follows:

1. Dkt. No. 45 – sealed manually filed document pursuant to the Court's Order authorizing the sealed filing, filed May 22, 2024;
2. Dkt. No. 46 – Sealed Ex Parte Application to Seal Document as to Defendant Yuri Khatchikyan, Yelena Karapetyan, filed May 22, 2024;
3. Dkt. No. 47 – Sealed Order by Magistrate Judge Patricia Donahue granting Dkt. No. 46, Ex Parte Application to Seal Document as to Yuri Khatchikyan and Yelena Karapetyan, filed May 22, 2024;
4. Dkt. No. 73 – Sealed Transcript of Sentencing on April 28, 2025;
5. Dkt. No. 74 – Sealed Judgment and Commitment, filed April 28, 2025.

IT IS FURTHER ORDERED that if any of the described sealed documents are included in Appellant's Excerpts of Record in the appeal mentioned hereinabove, they shall be filed separately and designated as "**FILED UNDER SEAL**" and shall not lose their sealed status. Said sealed excerpts of record shall only be served on the Government attorney and Appellant Yuri Khatchikyan shall not receive copies of the sealed filings.

IT IS SO ORDERED.

DATE: September 29, 2025

_____
Maame Ewusi-Mensah Frimpong
United States District Judge